# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
### NO. 02-13-00266-CR
### NO. 02-13-00291-CR


JOSE ALONSO ARREDONDO                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Jose Alonso Arredondo pled guilty to burglary of a habitation and to evading arrest or detention with a vehicle and pled true to the habitual offender allegations in each case. The trial court followed the plea bargain, convicting Appellant of each offense, entering a deadly weapon finding on the evading arrest or detention with a vehicle judgment, and

---

[1]*See* Tex. R. App. P. 47.4.

sentencing him to twenty-five years' confinement for each offense, with the sentences to run concurrently. Appellant filed a timely pro se notice of appeal in each case.

For each case, the trial court's certification states that this is a plea-bargained case, that Appellant has no right of appeal, and that Appellant had waived the right of appeal. Accordingly, we informed Appellant by letter on June 19, 2013 that these cases were subject to dismissal unless he or any party showed grounds for continuing the appeals on or before July 1, 2013.[2] Appellant's appointed counsel timely responded, indicating that Appellant's appeals should be dismissed because the trial court followed the plea bargain and did not reserve issues for appeal.

We therefore dismiss these appeals.[3]


PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 1, 2013

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).